UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 4:06CV00568 JCH |
| v. | ) |
| | ) |
| ONE 1969 CHEVROLET CHEVELLE, | ) |
| VIN 136379Z346554, | ) |
| | ) |
| WITH ALL APPURTENANCES | ) |
| AND ATTACHMENTS THEREON, | ) |

## ORDER ADOPTING PARTIAL SETTLEMENT AGREEMENT

A Settlement Agreement and Mutual Release of All Claims having been filed by the United States of America and the claimants, Eric S. Brown and Mark Bonds,

IT IS HEREBY ORDERED THAT, pursuant to that agreement, the 1969 Chevrolet Chevelle, VIN 136379Z346554 shall be returned to the claimant, Eric S. Brown, and

This matter is dismissed in regards to the 1969 Chevrolet Chevelle, VIN 136379Z346554, with each party to bear its own costs.

IT IS SO ORDERED,

Jean C Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

Dated this 31st Day of January, 2007.