UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 4:06CV00568 JCH |
| | ) | |
| ONE 1971 CHEVROLET MONTE CARLO, VIN 138571K156995, | ) ) | |
| | ) | |
| ONE 1973 CHEVROLET NOVA, VIN 1Y27H3L222307, | ) ) | |
| | ) | |
| ONE 2003 LAND ROVER, VIN SALME11453A131054, | ) ) | |
| | ) | |
| ONE 2005 BIG DOG PITBULL MOTOR-CYCLE, VIN 5J11HBJ195W000082, | ) ) | |
| | ) | |
| WITH ALL APPURTENANCES AND ATTACHMENTS THEREON, and | ) ) | |
| | ) | |
| FIFTEEN THOUSAND, NINE HUNDRED DOLLARS ($15,900.00) U.S. CURRENCY, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING SETTLEMENT AGREEMENT

A Settlement Agreement and Mutual Release of All Claims having been filed by the United States of America and the claimants Mark Bonds and Anna Tillman-Bonds,

IT IS HEREBY ORDERED THAT, pursuant to that agreement, the defendants vehicles, (i) one 1973 Chevrolet Nova, VIN 1Y27H3L222307, and (ii) one 2005 Big Dog Pitbull Motorcycle, VIN 5J11HBJ195W000082, with all appurtenances and attachments thereon shall be forfeited to the United States of America to be disposed of according to law.

The claimants, Mark Bonds and Ann Tillman-Bonds, shall forfeit Seven Thousand Dollars ($7,000.00) in lieu of the 1971 Chevrolet Monte Carlo, VIN 138571K156995, to the United States of America to be disposed of according to law.

The defendant currency in the amount of Fifteen Thousand, Nine Hundred Dollars ($15,900.00), shall be released to Anna Tillman-Bonds.

The defendant 2003 Land Rover, VIN SALME11453A131054, shall be released to Mark Bonds and Anna Tillman-Bonds.

This matter is dismissed with prejudice, with each party to bear its own costs.

IT IS SO ORDERED,

*Jean C. Hamilton*
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

Dated this 10th Day of May, 2007.