UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 4:06CV00568 JCH |
| ) | |
| NINETY-NINE THOUSAND, EIGHT ) | |
| HUNDRED TEN DOLLARS ($99,810.00 ) ) | |
| U.S. CURRENCY, ) | |
| ) | |
| ONE 1969 CHEVROLET CAMARO, ) | |
| VIN 123379N565057 ) | |
| ) | |
| ONE 2005 BIG DOG RIDGEBACK MOTOR- ) | |
| CYCLE, VIN 5J11RBJ195W000452, ) | |
| ) | |
| WITH ALL APPURTENANCES ) | |
| AND ATTACHMENTS THEREON, ) | |

## ORDER ADOPTING SETTLEMENT AGREEMENT

A Settlement Agreement and Mutual Release of All Claims having been filed by the United States of America and the claimant Robert Wood,

IT IS HEREBY ORDERED THAT, pursuant to that agreement, the 2005 Big Dog Ridgeback Motorcycle, VIN 5J11RBJ195W000452, with all appurtenances and attachments thereon and the defendant currency in the amount of Ninety-Nine Thousand, Eight Hundred Ten Dollars ($99,810.00) shall be forfeited to the United States of America to be disposed of according to law.

IT IS HEREBY FURTHER ORDERED THAT the 1969 Chevrolet Camaro, VIN 123379N565057 shall be released to Robert Wood upon payment of Twelve Thousand Dollars ($12,000.00) to the United States of America.

This matter is dismissed with prejudice, with each party to bear its own costs.

IT IS SO ORDERED,

_____
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

Dated this 31st Day of May, 2007

2